**Order entered September 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00833-CR

### KOBEY WAYNE KELLY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-16775-V

## ORDER

The Court **REINSTATES** the appeal.

On September 3, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 29, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the September 3, 2015 order requiring findings. We **ORDER** the reporter's record filed as of the date of this order.

The copies of State's Exhibit nos. 1 and 2 contained in the exhibit volume are so dark that it is impossible to determine what they represent. Accordingly, we **ORDER** Peri Wood, official court reporter of the 292nd Judicial District Court, to file, within **TEN DAYS** of the date of this order, a supplemental record containing clear copies of State's Exhibit nos. 1 and 2.

Appellant's brief is due within forty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Peri Wood, official court reporter, 292nd Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE